

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00596-CV

**IN RE** Martha **PONCE,** in Her Official Capacity as County Judge of Dimmit County, Texas

Original Proceeding[1]

PER CURIAM

Sitting:    Rebeca C. Martinez, Chief Justice
            Irene Rios, Justice
            Beth Watkins, Justice

Delivered and Filed: August 23, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

On June 16, 2023, relator filed a petition for writ of mandamus. Relator also filed a motion to stay, which we granted, and requested a response from the respondent.

After considering the petition, respondent's response, relator's reply, and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Real party in interest's motion for leave to file a sur-reply is denied as moot. The stay imposed on June 26, 2023 is lifted.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 28-05-14353-DCVAJA, styled *In re Martha Alicia Gomez-Ponce Dimmit County Judge*, pending in the 365th Judicial District Court, Dimmit County, Texas, the Honorable Amado J. Abascal III presiding.